JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
February 13, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARRILLO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, DETECTIVE GUERRERO #25211, an individual, DETECTIVE BUCKNELL #35961, an individual, OFFICER MIRANDA #39874, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: CV15-05896 SJO (KLSx)**<br>Honorable A. James Otero<br><br>JUDGMENT<br><br>**Trial date: February 7, 2017** |

   IT IS ADJUDGED that Plaintiff recover nothing, that the action is dismissed on the merits, and that Defendants are entitled to recover their costs from Plaintiff.

Dated:_February 13, 2017

*S. James Otero*

_____
HONORABLE S . JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE